UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O'CONNOR,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK N.A., et al.,<br><br>Defendants. | Case No. 18-cv-04198-WHO<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Robert O'Connor initiated this case by filing a complaint against defendants JP Morgan Chase Bank N.A., Mortgage Electronic Registration Systems, Inc., U.S. Bank N.A., As Trustee, On Behalf of the Holders of the WAMU Mortgage Pass-Through Certificates, Series 2006-AR7 and Select Portfolio Servicing, Inc. (collectively "Defendants"). The complaint alleges an illegal trustee sale, violation of HBOR and Fed. Reg. X, violation of Section 10(b) of the Securities & Exchange Act and Rule 10(b)-5, securities fraud, violations of the Business & Professions Code § 17200 *et seq*., and elder abuse.

On August 15, 2018, Defendants moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(7), and moved to strike portions of the complaint. The motions were noticed for hearing on September 19, 2018. O'Connor's opposition was due August 29, 2018. However, plaintiff has not filed a response to the motions and the due date has passed.

Plaintiff is ORDERED TO SHOW CAUSE why a response has not been filed. Plaintiff shall respond to this Order by filing his opposition or other response to the motion no later than **September 14, 2018**. Defendants reply (if any) must be filed no later than **September 21, 2018**. The September 19, 2018 hearing on this matter is rescheduled for **October 3, 2018**, at 2:00 p.m.

If plaintiff does not file an opposition or other response by September 14, 2018, this case

will be dismissed for failure to prosecute. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: September 7, 2018

William H. Orrick
United States District Judge