UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O'CONNOR,<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK N.A., et al.,<br><br>    Defendants. | Case No. 18-cv-04198-WHO<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 22 |

On August 15, 2018, defendants moved to dismiss plaintiff Robert O'Connor's complaint and moved to strike certain portions of the complaint. *See* Mots. (Dkt. Nos. 17 & 18). O'Connor failed to respond. On September 7, 2018, I issued an Order to Show Cause requiring that O'Connor file a response to the motions by September 14, 2018 and warned him that if he failed to file an opposition or other response on or before that date, I would dismiss this case for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See* Order (Dkt. No. 22). As of today's date, O'Connor has not filed any opposition or response to the motions to dismiss or strike. Therefore, this case is DISMISSED for failure to prosecute. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 19, 2018

William H. Orrick
United States District Judge